```
JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant,
KENNETH J. HIBBARD
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                   )<br>       Plaintiff,                  )<br>                                   )<br>       v.                          )<br>                                   )<br>KENNETH J. HIBBARD,                )<br>                                   )<br>       Defendant.                  )<br>_____) | Case No.  1: 05-CR-000285 AWI<br><br>**ORDER  MODIFYING CONDITIONS**<br>**OF SUPERVISED RELEASE OF**<br>**DEFENDANT KENNETH J. HIBBARD** |

     Defendant, KENNETH J. HIBBARD's Motion to Modify Conditions of Supervised Release came on regularly for hearing before the Honorable Anthony W. Ishii, Chief United States District Judge on February 27, 2012. Plaintiff, the United States of America, appeared through its counsel, Stanley A. Boone, Assistant United States Attorney, and defendant Kenneth J. Hibbard, appeared through his counsel, John F. Garland.

     After consideration of the defendant's motion and the arguments of counsel, the Court grants the defendant's motion to modify Special Condition 4 of the Special Conditions  of Supervision imposed  on  February 27, 2006 and set forth in the Amended Judgment In A Criminal Case filed March 15, 2006 (Doc. 15).

     IT IS HEREBY ORDERED that Special Condition 4 of the Special Conditions of Supervision for defendant KENNETH  J. HIBBARD is modified as follows:

     4.  The defendant shall not possess or use a computer or any other devise that

1  has access to any "on-line computer service" unless approved in advance
2  by the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

3  IT IS SO ORDERED.

4  Dated:    February 29, 2012                      /s/ signature
5                                                    CHIEF UNITED STATES DISTRICT JUDGE